## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>PALO ALTO NETWORKS, INC., a Delaware corporation,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-1258-SLR<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT PALO ALTO NETWORKS, INC.'S
### NOTICE OF DEPOSITION OF FRANK ZHAO

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant PALO ALTO NETWORKS, INC. ("PAN") will take the deposition of Frank Zhao by oral examination beginning at 9 a.m. PDT on Tuesday February 19, 2013. Such deposition will take place at the offices of Durie Tangri LLP in San Francisco, CA, or such other location as the parties may mutually agree and will continue from day to day until completed.

**PLEASE TAKE FURTHER NOTICE** that, under Federal Rule of Civil Procedure 30, the deposition testimony will be taken by an officer, notary public, or other person authorized to administer oaths. It will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape and interactive real-time (i.e., simultaneous display of the transcript on a laptop through Livenote or similar software).

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Daralyn J. Durie<br>Ragesh K. Tangri<br>Ryan M. Kent<br>Sonali D. Maitra<br>Brian C. Howard<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111-3007<br>(415) 362-6666 | By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| Dated: January 16, 2013<br>1090461 | *Attorneys for Defendant*<br>*Palo Alto Networks, Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 16, 2013 the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 16, 2013, the within document was served on the following persons as indicated:

### BY HAND DELIVERY AND EMAIL

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jying@mnat.com

### BY E-MAIL

Morgan Chu, Esq.
Jonathan S. Kagan, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
jkagan@irell.com

Lisa S. Glasser, Esq.
David C. McPhie, Esq.
Rebecca Clifford, Esq.
Irell & Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660
lglasser@irell.com
dmcphie@irell.com
rclifford@irell.com

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com