
Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

March 14, 2013

<u>**BY E-FILE**</u>

The Honorable Sue L. Robinson
United States District Court for
  the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

   Re: Juniper Networks, Inc. v. Palo Alto Networks, Inc.
      D. Del., C.A. No. 11-1258-SLR

Dear Judge Robinson:

  Pursuant to the Court's February 26, 2013 response to Juniper's February 22, 2013 Request for Emergency Relief, filed contemporaneously herewith is the Declaration of Lee Klarich, Vice President of Product Management at Palo Alto Networks, Inc.

                 Respectfully,

                 /s/ *Philip A. Rovner*

                 Philip A. Rovner
                 provner@potteranderson.com

PAR/mes/1098135
cc: All counsel of record – by CM-ECF and E-mail