IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNIPER NETWORKS, INC., | ) |
| Plaintiff, | ) ) ) C.A. No. 11-1258 (SLR) |
| v. | ) ) REDACTED - |
| PALO ALTO NETWORKS, INC., | ) PUBLIC VERSION ) |
| Defendant. | ) |

**DECLARATION OF AVIEL D. RUBIN IN SUPPORT OF
JUNIPER NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT AND
PARTIAL SUMMARY JUDGMENT REGARDING INFRINGEMENT**

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                      Jack B. Blumenfeld (#1014)
                                      Jennifer Ying (#5550)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19801
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      jying@mnat.com

OF COUNSEL:                          *Attorneys for Plaintiff Juniper Networks, Inc.*

Morgan Chu
Jonathan S. Kagan
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010

Lisa S. Glasser
David C. McPhie
Rebecca L. Clifford
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

Original Filing Date: August 20, 2013
Redacted Filing Date: August 28, 2013

I, Aviel D. Rubin, hereby declare as follow:

1.   I have been retained as an independent expert in this lawsuit by the law firm of Irell & Manella LLP on behalf of Juniper Networks, Inc. ("Juniper"), to testify as a technical expert on certain issues relating to U.S. Patent No. 7,734,752, U.S. Patent No. 7,650,634, U.S. Patent No. 8,077,723, U.S. Patent No. 6,772,347, U.S. Patent No. 7,107,612, U.S. Patent No. 7,302,700, and U.S. Patent No. 7,779, 459 (collectively, the "patents-in-suit").  I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to these facts under oath.

2.   I am currently employed as Professor of Computer Science at The Johns Hopkins University, where I perform research, teach undergraduate and graduate courses in computer science and related subjects, and supervise the research of Ph.D. candidates and other students.  Courses I have taught include Security and Privacy in Computing and Advanced Topics in Computer Security.  The focus of my work over my career has been computer security, and my current research concentrates on systems and networking security, with special attention to software and network security.  In my role as a Computer Science Professor, I supervise graduate and undergraduate students.  I am currently the primary Ph.D. advisor for seven Ph.D. students.

3.   I am also the Technical Director of the Johns Hopkins University Information Security Institute, the University's focal point for research and education in information security, assurance, and privacy.  The University, through the Information Security Institute's leadership, has been designated as a Center of Academic Excellence in Information Assurance by the National Security Agency and leading experts in the field. Additional biographical information and information about my experience relative to issues of relevance to this case may be found in Exhibit A (see below) at Paragraphs 8-21.

4. On April 12, 2013, I submitted my expert report in the above-captioned matter. My report contains a true and correct description of my expert opinions in this case, as well as bases, analysis, and evidence supporting those opinions. I could and would testify competently to the opinions, conclusions, and analysis set forth in my report if called as a witness under oath. Attached hereto as **Exhibit A** is a true and correct copy of this expert report, which is hereby incorporated by reference in its entirety as if fully set forth herein.

5. On June 11, 2013, I submitted a supplement to my expert report in the above-captioned matter. The supplement to my report also accurately reflects aspects of my expert opinions in this case, as well as bases, analysis, and evidence supporting those opinions. I could and would testify competently to the opinions, conclusions, and analysis set forth in my supplement to my report if called as a witness under oath. Attached hereto as **Exhibit B** is a true and correct copy of this supplement to my report, which is hereby incorporated by reference in its entirety as if fully set forth herein.

6. On August 6, 2013, I submitted an errata to my expert report in the above-captioned matter. The errata to my expert report also accurately reflects aspects of my expert opinions in this case, as well as bases, analysis, and evidence supporting those opinions. I could and would testify competently to the opinions, conclusions, and analysis set forth in the errata to my report if called as a witness under oath. Attached hereto as **Exhibit C** is a true and correct copy of the errata to my expert report, which is hereby incorporated by reference in its entirety as if fully set forth herein.

7. For the reasons set forth in Paragraphs 56-272 of my expert report and Paragraph 4 of the errata to my expert report, it is my expert opinion that Palo Alto Networks, Inc. ("PAN") has infringed claims 1-8, 10-19, and 21-23 of the '752 patent.

8. For the reasons set forth in Paragraphs 274-559 of my expert report and Paragraph 15 of my supplemental expert report, it is my expert opinion that PAN has infringed claims 1-6, 8-13, 15-24, 26-31, and 33-36 of the '634 patent.

9. For the reasons set forth in Paragraphs 561-836 of my expert report and Paragraph 19 of my supplemental expert report, it is my expert opinion that PAN has infringed claims 1-5, 8-9, 11-12, and 15-19 of the '723 patent.

10. For the reason set forth in Paragraphs 838-920 of my expert report and Paragraph 16 of my supplemental expert report, it is my expert opinion that PAN has infringed claims 1, 14-16, 18, and 24 of the '347 patent.

11. For the reasons set forth in Paragraphs 922-1090 of my expert report and Paragraph 17 of my supplemental expert report, it is my expert opinion that PAN has infringed claims 1-2, 13, 22, and 24-27 of the '612 patent.

12. For the reasons set forth in Paragraphs 1092-1239 of my expert report and Paragraph 18 of my supplemental expert report, it is my expert opinion that PAN has infringed claims 2-5, 9, and 19 of the '700 patent.

13. For the reasons set forth in Paragraphs 1241-1355 of my expert report and Paragraph 18 of my supplemental expert report, it is my expert opinion that PAN has infringed claims 1, 6-10, 12, 17-18, and 21 of the '459 patent.

Dated: August 20, 2013

_____
Aviel D. Rubin

# EXHIBIT A

## FULLY REDACTED

# EXHIBIT B

## FULLY REDACTED

# EXHIBIT C

## FULLY REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 28, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Hercules Plaza<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Ragesh K. Tangri, Esquire<br>Ryan M. Kent, Esquire<br>Brian C. Howard, Esquire<br>Sonali D. Maitra, Esquire<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Harold J. McElhinny, Esquire<br>Michael A. Jacobs, Esquire<br>Matthew A. Chivvis, Esquire<br>Matthew I. Kreeger, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)