IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 11-1258-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PALO ALTO NETWORKS, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

### DEFENDANT PALO ALTO NETWORKS, INC.'S
### PROPOSED VERDICT FORM

OF COUNSEL:

Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Matthew A. Chivvis
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Daralyn J. Durie
Ragesh K. Tangri
Ryan M. Kent
Sonali D. Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

Pursuant to Federal Rule of Civil Procedure 49 and Local Rule 51.1(c), Defendant Palo Alto Networks, Inc. ("PAN") proposes the verdict form attached hereto as **Exhibit A**. As noted in the Joint Pretrial Order, PAN contends that Juniper's assertion of 65 claims from 7 patents is too many to present to a jury in a 10-day trial. To ensure that the liability trial in this case is manageable and to enhance juror comprehension, it is PAN's position that Juniper should be allowed to present at trial no more than two claims per patent.

PAN reserves the right to update or modify this proposed verdict form following the Court's decisions on the pending summary judgment motions.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

OF COUNSEL:
Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Matthew A. Chivvis
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Daralyn J. Durie
Ragesh K. Tangri
Ryan M. Kent
Sonali D. Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Dated: February 3, 2014
1138175

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>PALO ALTO NETWORKS, INC., a Delaware corporation,<br><br>       Defendant. | C.A. No. 11-1258-SLR<br><br>**JURY TRIAL DEMANDED** |

EXHIBIT A

[PROPOSED] VERDICT FORM

We, the jury, unanimously find as follows:

I. **INFRINGEMENT**

U.S. PATENT NOS. 8,077,723

A. <u>Claim 1</u>

1. Has Juniper proven, by a preponderance of the evidence, that the accused PAN products directly infringe claim 1 of the '723 patent?

*Checking "YES" below indicates a finding for Juniper.*
*Checking "NO" below indicates a finding for PAN.*

| Product | YES (Infringes) | NO (Does Not Infringe) |
|---|---|---|
| PA-5000 series firewalls | | |
| PA-4000 series firewalls | | |
| PA-3000 series firewalls | | |
| PA-2000 series firewalls | | |
| PA-500 firewall | | |
| PA-200 firewall | | |

If all answers are "no," proceed to question 4.

If any answers are "yes," proceed to question 2.

2. Has Juniper proven, by a preponderance of the evidence, that PAN has induced the infringement of claim 1 of the '723 patent with respect to the accused PAN products?

*Checking "YES" below indicates a finding for Juniper.*
*Checking "NO" below indicated a finding for PAN.*

| Product | YES | NO |
|---|---|---|
| PA-5000 series firewalls | | |
| PA-4000 series firewalls | | |
| PA-3000 series firewalls | | |
| PA-2000 series firewalls | | |
| PA-500 firewall | | |
| PA-200 firewall | | |

Proceed to question 3.

3. Has Juniper proven, by a preponderance of the evidence, that PAN has contributed to the infringement of claim 1 of the '723 patent with respect to the accused PAN products?

*Checking "YES" below indicates a finding for Juniper.*
*Checking "NO" below indicates a finding for PAN.*

| Product | YES | NO |
|---|---|---|
| PA-5000 series firewalls | | |
| PA-4000 series firewalls | | |
| PA-3000 series firewalls | | |
| PA-2000 series firewalls | | |
| PA-500 firewall | | |
| PA-200 firewall | | |

Proceed to question 4.

B. <u>Claim 4</u>

[REPEAT FOR OTHER CLAIMS]

## U.S. PATENT NOS. 7,779,459

[REPEAT FOR OTHER PATENTS]

## II. INVALIDITY

### U.S. PATENT NOS. 8,077,723

1. Has PAN proven, by clear and convincing evidence, that any asserted claim of the '723 patent is invalid due to anticipation?

*Checking "YES" below indicates a finding for PAN.*
*Checking "NO" below indicates a finding for Juniper.*

| Claim | YES (Invalid) | NO (Not Invalid) |
|---|---|---|
| 1 | | |
| 4 | | |
| 5 | | |
| 8 | | |
| 9 | | |
| 11 | | |
| 12 | | |

Proceed to question 2.

2. Has PAN proven, by clear and convincing evidence, that any asserted claim of the '723 patent is invalid due to obviousness?

*Checking "YES" below indicates a finding for PAN.*
*Checking "NO" below indicates a finding for Juniper.*

| Claim | YES (Invalid) | NO (Not invalid) |
|---|---|---|
| 1 | | |
| 4 | | |
| 5 | | |
| 8 | | |
| 9 | | |
| 11 | | |
| 12 | | |

### U.S. PATENT NOS. 7,779,459

[REPEAT FOR OTHER PATENTS]

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 3, 2014 the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 3, 2014, the within document was served on the following persons as indicated:

### BY E-MAIL

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jying@mnat.com

### BY E-MAIL

Morgan Chu, Esq.
Jonathan S. Kagan, Esq.
Talin Gordnia, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
jkagan@irell.com
tgordnia@irell.com

Lisa S. Glasser, Esq.
David C. McPhie, Esq.
Rebecca Clifford, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
lglasser@irell.com
dmcphie@irell.com
rclifford@irell.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com