IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNIPER NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1258 (SLR) |
| ) | |
| PALO ALTO NETWORKS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUNIPER'S PROPOSED VERDICT FORM

Pursuant to D. Del. LR 51.1(c), plaintiff Juniper Networks, Inc. ("Juniper") hereby submits its Proposed Special Verdict Form.  This document is also being submitted on disk in WordPerfect and searchable PDF formats.

Juniper reserves the right to provide a proposed amended verdict sheet following the Court's rulings on *Markman*, summary judgment issues, and other disputed issues as trial proceeds.

| | |
|---|---|
| OF COUNSEL:<br><br>Morgan Chu<br>Jonathan S. Kagan<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA   90067-4276<br>(310) 277-1010<br><br>Lisa S. Glasser<br>David McPhie<br>Rebecca Clifford<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA   92660<br>(949) 760-0991 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Jennifer Ying<br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jying@mnat.com |

*Attorneys for Plaintiff Juniper Networks, Inc.*

Dated:   February 3, 2014

We, the jury, unanimously find as follows:

1. On Juniper's allegation of direct infringement by PAN, either by literal infringement or under the Doctrine of Equivalents, has Juniper proven that PAN infringed any or all of the following claims in the Juniper patents?

<u>'459 patent</u>

| | | |
|---|---|---|
| Claim 1 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 6 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 8 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 10 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 12 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 17 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 18 of Juniper's '459 patent? | YES _____ | NO _____ |
| Claim 21 of Juniper's '459 patent? | YES _____ | NO _____ |

<u>'634 patent</u>

| | | |
|---|---|---|
| Claim 1 of Juniper's '634 patent? | YES _____ | NO _____ |
| Claim 5 of Juniper's '634 patent? | YES _____ | NO _____ |
| Claim 6 of Juniper's '634 patent? | YES _____ | NO _____ |
| Claim 12 of Juniper's '634 patent? | YES _____ | NO _____ |

Claim 13 of Juniper's '634 patent?   YES _____   NO _____

Claim 15 of Juniper's '634 patent?   YES _____   NO _____

Claim 16 of Juniper's '634 patent?   YES _____   NO _____

Claim 19 of Juniper's '634 patent?   YES _____   NO _____

Claim 23 of Juniper's '634 patent?   YES _____   NO _____

Claim 24 of Juniper's '634 patent?   YES _____   NO _____

Claim 30 of Juniper's '634 patent?   YES _____   NO _____

Claim 31 of Juniper's '634 patent?   YES _____   NO _____

Claim 33 of Juniper's '634 patent?   YES _____   NO _____

Claim 34 of Juniper's '634 patent?   YES _____   NO _____

'700 patent

Claim 2 of Juniper's '700 patent?   YES _____   NO _____

Claim 3 of Juniper's '700 patent?   YES _____   NO _____

Claim 4 of Juniper's '700 patent?   YES _____   NO _____

Claim 5 of Juniper's '700 patent?   YES _____   NO _____

Claim 9 of Juniper's '700 patent?   YES _____   NO _____

Claim 19 of Juniper's '700 patent?   YES _____   NO _____

<u>'347 patent</u>

Claim 1 of Juniper's '347 patent?          YES _____          NO _____

Claim 14 of Juniper's '347 patent?         YES _____          NO _____

Claim 16 of Juniper's '347 patent?         YES _____          NO _____

Claim 24 of Juniper's '347 patent?         YES _____          NO _____

<u>'752 patent</u>

Claim 1 of Juniper's '752 patent?          YES _____          NO _____

Claim 2 of Juniper's '752 patent?          YES _____          NO _____

Claim 4 of Juniper's '752 patent?          YES _____          NO _____

Claim 6 of Juniper's '752 patent?          YES _____          NO _____

Claim 7 of Juniper's '752 patent?          YES _____          NO _____

Claim 8 of Juniper's '752 patent?          YES _____          NO _____

Claim 10 of Juniper's '752 patent?         YES _____          NO _____

Claim 13 of Juniper's '752 patent?         YES _____          NO _____

Claim 14 of Juniper's '752 patent?         YES _____          NO _____

Claim 16 of Juniper's '752 patent?         YES _____          NO _____

Claim 17 of Juniper's '752 patent?         YES _____          NO _____

Claim 18 of Juniper's '752 patent?      YES _____      NO _____

Claim 19 of Juniper's '752 patent?      YES _____      NO _____

Claim 21 of Juniper's '752 patent?      YES _____      NO _____

<u>'612 patent</u>

Claim 1 of Juniper's '612 patent?      YES _____      NO _____

Claim 4 of Juniper's '612 patent?      YES _____      NO _____

Claim 5 of Juniper's '612 patent?      YES _____      NO _____

Claim 6 of Juniper's '612 patent?      YES _____      NO _____

Claim 7 of Juniper's '612 patent?      YES _____      NO _____

Claim 8 of Juniper's '612 patent?      YES _____      NO _____

Claim 12 of Juniper's '612 patent?      YES _____      NO _____

Claim 13 of Juniper's '612 patent?      YES _____      NO _____

Claim 22 of Juniper's '612 patent?      YES _____      NO _____

Claim 26 of Juniper's '612 patent?      YES _____      NO _____

Claim 27 of Juniper's '612 patent?      YES _____      NO _____

<u>'723 patent</u>

Claim 1 of Juniper's '723 patent?      YES _____      NO _____

Claim 4 of Juniper's '723 patent?        YES _____        NO _____

Claim 5 of Juniper's '723 patent?        YES _____        NO _____

Claim 8 of Juniper's '723 patent?        YES _____        NO _____

Claim 9 of Juniper's '723 patent?        YES _____        NO _____

Claim 11 of Juniper's '723 patent?       YES _____        NO _____

Claim 12 of Juniper's '723 patent?       YES _____        NO _____

2.   On Juniper's allegation of indirect infringement by PAN, either by contributing to or inducing infringement, has Juniper proven that PAN infringed any or all of the following claims in the Juniper patents?

'459 patent

Claim 1 of Juniper's '459 patent?        YES _____        NO _____

Claim 6 of Juniper's '459 patent?        YES _____        NO _____

Claim 7 of Juniper's '459 patent?        YES _____        NO _____

Claim 8 of Juniper's '459 patent?        YES _____        NO _____

Claim 10 of Juniper's '459 patent?       YES _____        NO _____

Claim 12 of Juniper's '459 patent?       YES _____        NO _____

Claim 17 of Juniper's '459 patent?       YES _____        NO _____

Claim 18 of Juniper's '459 patent?       YES _____        NO _____

Claim 21 of Juniper's '459 patent?    YES _____    NO _____

<u>'634 patent</u>

Claim 1 of Juniper's '634 patent?    YES _____    NO _____

Claim 5 of Juniper's '634 patent?    YES _____    NO _____

Claim 6 of Juniper's '634 patent?    YES _____    NO _____

Claim 12 of Juniper's '634 patent?    YES _____    NO _____

Claim 13 of Juniper's '634 patent?    YES _____    NO _____

Claim 15 of Juniper's '634 patent?    YES _____    NO _____

Claim 16 of Juniper's '634 patent?    YES _____    NO _____

Claim 19 of Juniper's '634 patent?    YES _____    NO _____

Claim 23 of Juniper's '634 patent?    YES _____    NO _____

Claim 24 of Juniper's '634 patent?    YES _____    NO _____

Claim 30 of Juniper's '634 patent?    YES _____    NO _____

Claim 31 of Juniper's '634 patent?    YES _____    NO _____

Claim 33 of Juniper's '634 patent?    YES _____    NO _____

Claim 34 of Juniper's '634 patent?    YES _____    NO _____

<u>'700 patent</u>

| | | |
|---|---|---|
| Claim 2 of Juniper's '700 patent? | YES _____ | NO _____ |
| Claim 3 of Juniper's '700 patent? | YES _____ | NO _____ |
| Claim 4 of Juniper's '700 patent? | YES _____ | NO _____ |
| Claim 5 of Juniper's '700 patent? | YES _____ | NO _____ |
| Claim 9 of Juniper's '700 patent? | YES _____ | NO _____ |
| Claim 19 of Juniper's '700 patent? | YES _____ | NO _____ |

<u>'347 patent</u>

| | | |
|---|---|---|
| Claim 1 of Juniper's '347 patent? | YES _____ | NO _____ |
| Claim 14 of Juniper's '347 patent? | YES _____ | NO _____ |
| Claim 16 of Juniper's '347 patent? | YES _____ | NO _____ |
| Claim 24 of Juniper's '347 patent? | YES _____ | NO _____ |

<u>'752 patent</u>

| | | |
|---|---|---|
| Claim 1 of Juniper's '752 patent? | YES _____ | NO _____ |
| Claim 2 of Juniper's '752 patent? | YES _____ | NO _____ |
| Claim 4 of Juniper's '752 patent? | YES _____ | NO _____ |
| Claim 6 of Juniper's '752 patent? | YES _____ | NO _____ |

Claim 7 of Juniper's '752 patent?     YES _____     NO _____

Claim 8 of Juniper's '752 patent?     YES _____     NO _____

Claim 10 of Juniper's '752 patent?     YES _____     NO _____

Claim 13 of Juniper's '752 patent?     YES _____     NO _____

Claim 14 of Juniper's '752 patent?     YES _____     NO _____

Claim 16 of Juniper's '752 patent?     YES _____     NO _____

Claim 17 of Juniper's '752 patent?     YES _____     NO _____

Claim 18 of Juniper's '752 patent?     YES _____     NO _____

Claim 19 of Juniper's '752 patent?     YES _____     NO _____

Claim 21 of Juniper's '752 patent?     YES _____     NO _____

<u>'612 patent</u>

Claim 1 of Juniper's '612 patent?     YES _____     NO _____

Claim 4 of Juniper's '612 patent?     YES _____     NO _____

Claim 5 of Juniper's '612 patent?     YES _____     NO _____

Claim 6 of Juniper's '612 patent?     YES _____     NO _____

Claim 7 of Juniper's '612 patent?     YES _____     NO _____

Claim 8 of Juniper's '612 patent?     YES _____     NO _____

Case 1:11-cv-01258-SLR   Document 252   Filed 02/03/14   Page 10 of 10 PageID #: 10018

Claim 12 of Juniper's '612 patent?        YES _____        NO _____

Claim 13 of Juniper's '612 patent?        YES _____        NO _____

Claim 22 of Juniper's '612 patent?        YES _____        NO _____

Claim 26 of Juniper's '612 patent?        YES _____        NO _____

Claim 27 of Juniper's '612 patent?        YES _____        NO _____

<u>'723 patent</u>

Claim 1 of Juniper's '723 patent?         YES _____        NO _____

Claim 4 of Juniper's '723 patent?         YES _____        NO _____

Claim 5 of Juniper's '723 patent?         YES _____        NO _____

Claim 8 of Juniper's '723 patent?         YES _____        NO _____

Claim 9 of Juniper's '723 patent?         YES _____        NO _____

Claim 11 of Juniper's '723 patent?        YES _____        NO _____

Claim 12 of Juniper's '723 patent?        YES _____        NO _____

9