IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUNIPER NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-1258-SLR |
| | ) | |
| PALO ALTO NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT SHEET**

Dated: February     , 2014

We, the jury, unanimously find as follows:

I. **United States Patent No. 6,772,347 ("the '347 patent")**

   A. **Literal infringement**

   1. Has Juniper proven, by a preponderance of the evidence, that PAN's products ~~directly~~ **[literally]** infringe either of claims 1 or 24 of the '347 patent?

   *Checking "yes" below indicates a finding for plaintiff Juniper.*
   *Checking "no" below indicates a finding for defendant PAN.*

   | Claim | YES | NO |
   |---|---|---|
   | 1 | | |
   | 24 | | |

   Only answer question 2, if you have answered question 1 "no."

   B. **Infringement under the doctrine of equivalents**

   2. Has Juniper proven, by a preponderance of the evidence, that PAN's products infringe either of claims 1 or 24 of the '347 patent under the doctrine of equivalents?

   *Checking "yes" below indicates a finding for plaintiff Juniper.*
   *Checking "no" below indicates a finding for defendant PAN.*

   | Claim | YES | NO |
   |---|---|---|
   | 1 | | |
   | 24 | | |

*Continued on next page.*

## II. United States Patent No. 7,107,612 ("the '612 patent")

### A. Literal infringement

3. Has Juniper proven, by a preponderance of the evidence, that PAN's products ~~directly~~ **[literally]** infringe either of claims 1 or 6 of the '612 patent? If you answer "no" as to independent claim 1, you must also answer "no" as to dependent claim 6 for purposes of this question.

*Checking "yes" below indicates a finding for plaintiff Juniper.*
*Checking "no" below indicates a finding for defendant PAN.*

| Claim | YES | NO |
|---|---|---|
| 1 | | |
| 6 | | |

Only answer question 4~~, if you have answered question 3 "no."~~ **[for claims as to which you answered "no" to question 3]**.

### B. Infringement under the doctrine of equivalents

4. Has Juniper proven, by a preponderance of the evidence, that PAN's products infringe either of claims 1 or 6 of the '612 patent under the doctrine of equivalents? If you answer "no" as to independent claim 1, you must also answer "no" as to dependent claim 6 for purposes of this question.

*Checking "yes" below indicates a finding for plaintiff Juniper.*
*Checking "no" below indicates a finding for defendant PAN.*

| Claim | YES | NO |
|---|---|---|
| 1 | | |
| 6 | | |

*Continued on next page.*

## III. United States Patent No. 8,077,723 ("the '723 patent")

### A. Literal Infringement

5. Has Juniper proven, by a preponderance of the evidence, that PAN's products ~~directly~~ **[literally]** infringe claim 1 of the '723 patent?

*Checking "yes" below indicates a finding for plaintiff Juniper.*
*Checking "no" below indicates a finding for defendant PAN.*

| Claim | YES | NO |
|---|---|---|
| 1 | | |

Only answer question 6, if you have answered question 5 "no."

### ~~B. Infringement under the doctrine of equivalents~~

~~6. Has Juniper proven, by a preponderance of the evidence, that PAN's products infringe claim 1 of the '723 patent under the doctrine of equivalents?~~

*~~Checking "yes" below indicates a finding for plaintiff Juniper.~~*
*~~Checking "no" below indicates a finding for defendant PAN.~~*

| ~~Claim~~ | ~~YES~~ | ~~NO~~ |
|---|---|---|
| ~~1~~ | | |

*Continued on next page.*

We, the jurors, by signing below, indicate our unanimous verdict.

_____  _____
Jury Foreperson                 Juror

_____  _____
Juror                           Juror

_____  _____
Juror                           Juror

_____  _____
Juror                           Juror

Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 28, 2014 the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 28, 2014, the within document was served on the following persons as indicated:

### BY E-MAIL

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jying@mnat.com

### BY E-MAIL

Morgan Chu, Esq.
Jonathan S. Kagan, Esq.
Talin Gordnia, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
jkagan@irell.com
tgordnia@irell.com

Lisa S. Glasser, Esq.
David C. McPhie, Esq.
Rebecca Clifford, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
lglasser@irell.com
dmcphie@irell.com
rclifford@irell.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com