IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 11-1258-SLR |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| PALO ALTO NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT PALO ALTO NETWORKS, INC.'S PROPOSED REVISIONS TO JURY INSTRUCTION REGARDING ASIC

OF COUNSEL:

Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Matthew A. Chivvis
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Daralyn J. Durie
Ryan M. Kent
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Dated: February 28, 2014

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant Palo Alto Networks*

PAN proposes the following revision to the Court's jury instruction addressing the ASIC issue:

> In this case, the asserted claims are not limited to ASICs or any other specific Netscreen product. Therefore, in determining literal infringement, you should compare the accused product to the claims as I have construed them.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Mathew A. Chivvis
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Daralyn J. Durie
Ryan M. Kent
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Dated: February 28, 2014
1141096

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 28, 2014 the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 28, 2014, the within document was served on the following persons as indicated:

### BY E-MAIL

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jying@mnat.com

### BY E-MAIL

| | |
|---|---|
| Morgan Chu, Esq. | Lisa S. Glasser, Esq. |
| Jonathan S. Kagan, Esq. | David C. McPhie, Esq. |
| Talin Gordnia, Esq. | Rebecca Clifford, Esq. |
| Irell & Manella LLP | Irell & Manella LLP |
| 1800 Avenue of the Stars | 840 Newport Center Drive, Suite 400 |
| Suite 900 | Newport Beach, CA 92660 |
| Los Angeles, CA 90067-4276 | lglasser@irell.com |
| mchu@irell.com | dmcphie@irell.com |
| jkagan@irell.com | rclifford@irell.com |
| tgordnia@irell.com | |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com