# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 11-1258-SLR<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PALO ALTO NETWORKS, INC.'S OBJECTION TO REBUTTAL
TESTIMONY FROM JUNIPER'S INFRINGEMENT EXPERT, DR. RUBIN**

OF COUNSEL:

Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Matthew A. Chivvis
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Daralyn J. Durie
Ryan M. Kent
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Dated:  March 4, 2014

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant Palo Alto Networks*

PAN objects to Juniper's attempt to offer rebuttal testimony from Dr. Rubin, its infringement expert.

Dr. Rubin took the stand during Juniper's case-in-chief on Tuesday morning, February 25. He testified for almost two complete trial days, finally stepping down on Thursday morning, February 27. On Sunday, March 2, Juniper informed PAN's counsel that Juniper intended to re-call Dr. Rubin as a rebuttal witness following the close of PAN's case-in-chief.[1]

PAN objects to Juniper's attempt to put on any rebuttal case, much less re-call Dr. Rubin as a rebuttal witness. A plaintiff in a patent case is given the opportunity to put on a rebuttal case in limited circumstances. For example, once the plaintiff puts on its case-in-chief for issues which it bears the burden of proof (i.e., infringement), the defendant, in its case in chief, offers non-infringement testimony and, in most cases, put on its invalidity case, the issue for which it bears the burden of proof. At that point, the plaintiff typically is permitted to put on a rebuttal case, but only to rebut defendant's invalidity positions. Here, as the result of pre-trial motion practice, invalidity issues were not tried to the jury. As a result, there is nothing for Juniper to rebut and Dr. Rubin, Juniper's infringement expert, should not be permitted to testify again.

Juniper has not provided PAN with the intended subject of its proposed rebuttal. Nevertheless, regardless of what Juniper says or does not say, there is no basis to permit such testimony. Rebuttal testimony is limited to instances where the testimony sought to be rebutted could not have been anticipated. Here, Dr. Mitzenmacher, PAN's non-infringement expert, offered no testimony that was not previously disclosed in either his expert report or at his deposition. As this Court has held, rebuttal testimony is permitted only where the party can

---

[1] In response to Juniper's notice that it intended to re-call Dr. Rubin, PAN asked that Juniper provide the intended subject of Dr. Rubin's proposed rebuttal testimony. Juniper never responded.

demonstrate "true surprise." *Cordis Corp. v. Medtronic Vascular, Inc.*, CIV. 97-550-SLR, 2005 WL 885381, *6 (D. Del. Feb. 28, 2005), rev'd in part sub nom. *Cordis Corp. v. Medtronic Ave, Inc.*, 511 F.3d 1157, supplemented sub nom. *Cordis Corp. v. Boston Scientific Corp.*, 275 F. App'x 966 (Fed. Cir. 2008).  Juniper cannot meet that standard and should not be allowed to re-call Dr. Rubin as a rebuttal witness.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Mathew A. Chivvis
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Daralyn J. Durie
Ryan M. Kent
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Dated:  March 4, 2014
1140965

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant
Palo Alto Networks, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 4, 2014 the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 4, 2014, the within document was served on the following persons as indicated:

### BY E-MAIL

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jying@mnat.com

### BY E-MAIL

Morgan Chu, Esq.
Jonathan S. Kagan, Esq.
Talin Gordnia, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
jkagan@irell.com
tgordnia@irell.com

Lisa S. Glasser, Esq.
David C. McPhie, Esq.
Rebecca Clifford, Esq.
Irell & Manella LLP
840  Newport Center Drive, Suite 400
Newport Beach, CA 92660
lglasser@irell.com
dmcphie@irell.com
rclifford@irell.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com