IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNIPER NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 11-1258-SLR |
| | ) |
| PALO ALTO NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 26 day of March, 2014,

IT IS ORDERED that a telephone conference shall be held on **Tuesday, April 1, 2014, at 2:00 p.m.** Counsel for plaintiff shall coordinate and initiate this call.

                                                _____
                                                United States District Judge