IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUNIPER NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 11-1258-SLR | |
| | ) | |
| PALO ALTO NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this _____ day of May, 2014,

IT IS ORDERED that the oral argument on the parties' renewed motions for

judgment as a matter of law originally scheduled for **Friday, June 6, 2014,** at 1:30 p.m.

is hereby rescheduled to **9:30 a.m. on the same date** in courtroom 4B on the 4th Floor,

J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.


_____
United States District Judge