## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUNIPER NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-1258-SLR |
| v. | ) | |
| | ) | |
| PALO ALTO NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), plaintiff Juniper Networks,

Inc. and defendant Palo Alto Networks, Inc. hereby jointly move and stipulate that all claims

between the parties be dismissed with prejudice, with each party to bear its own costs, expenses

and attorneys' fees.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP     POTTER ANDERSON & CORROON LLP

By: */s/ Jack B. Blumenfeld*                By:  */s/ Philip A. Rovner*

Jack B. Blumenfeld (#1014)                  Philip A. Rovner (#3215)
Jennifer Ying (#5550)                       Jonathan A. Choa (#5319)
1201 N. Market Street                       Hercules Plaza
P.O. Box 1347                               P.O. Box 951
Wilmington, DE 19801                        Wilmington, DE 19899
(302) 658-9200                              (302) 984-6000
jblumenfeld@mnat.com                        provner@potteranderson.com
jying@mnat.com                              jchoa@potteranderson.com

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Lisa S. Glasser
David McPhie
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010

*Attorneys for Plaintiff Juniper
Networks*

OF COUNSEL:

Harold J. McElhinny
Michael A. Jacobs
Matthew I. Kreeger
Daniel P. Muino
Matthew A. Chivvis
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Daralyn J. Durie
Ryan M. Kent
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

*Attorneys for Defendant Palo Alto Networks*


SO ORDERED THIS _____ day of _____, 2014.


_____

Sue L. Robinson
United States District Court Judge

2

sf-3420256