AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>11-1258 (SLR) | DATE FILED<br>12/19/2011 | U.S. DISTRICT COURT<br>District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Juniper Networks, Inc. | | DEFENDANT<br>Palo Alto Networks, Inc. | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  8,077,723 B2 | 12/13/2011 | Juniper Networks, Inc. | |
| 2  7,779,459 B2 | 8/17/2010 | Juniper Networks, Inc. | |
| 3  7,650,634 B2 | 1/19/2010 | Juniper Networks, Inc. | |
| 4  7,302,700 B2 | 11/27/2007 | Juniper Networks, Inc. | |
| 5  6,772,347 B1 | 8/3/2004 | Juniper Networks, Inc. | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/25/2012 | INCLUDED BY<br>☑ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  7,734,752 B2 | 6/8/2010 | Juniper Networks, Inc. | |
| 2  7,107,612 B1 | 9/12/2006 | Juniper Networks, Inc. | |
| 3  ** See Below | | | |
| 4 | | | |
| 5 | | | |

** The 7,093,280 B2 patent listed on the original Report was removed from the case with the amendment.

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stipulation of dismissal "So Ordered" by Judge Robinson 5/29/2014.

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>Nicole Volt | DATE<br>5/29/2014 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy